# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GERALD ARCHULETA,

        Petitioner,

vs.                                              No. CV 19-00711 KG/LF

UNITED STATES OF AMERICA,

        Respondent.

## **JUDGMENT**

**THIS MATTER** having come before the Court on the Petition for the Court to Order the Required/Needed Drug Treatment (RDAP) Program filed by Petitioner, Gerald Archuleta, on August 2, 2019 (Doc. 1) and the Court having entered its Memorandum Opinion and Order of Dismissal dismissing this case for lack of jurisdiction,

**IT IS ORDERED** that the Petition for the Court to Order the Required/Needed Drug Treatment (RDAP) Program filed by Petitioner, Gerald Archuleta, on August 2, 2019, (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction.

_____
UNITED STATES DISTRICT JUDGE